# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Divorne, Bo Arron | Docket No. | 0980 2:18CR00179-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bo Arron Divorne, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of October 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlledsubstances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federallaw. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Bo Arron Divorne tested presumptive positive for the presence of marijuana on October 10, 2018.

On October 10, 2018, the conditions of pretrial release supervision were reviewed with Mr. Divorne. He acknowledged an understanding of his conditions, which included standard condition number 9.

On October 10, 2018, Mr. Divorne reported to the U.S. Probation Office following his release from custody. As a part of that meeting, Mr. Divorne provided a urine sample that tested presumptive positive of the presence of marijuana. Mr. Divorne stated his last use of marijuana was just prior to going into custody in the instant federal matter on October 8, 2018, and prior to his release under conditions of pretrial release supervision.

Mr. Divorne signed a substance abuse admission form reflecting his use of marijuana on October 10, 2018.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 12, 2018 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ x]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

    December 12, 2018
_____
Date