# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Divorne, Bo Arron | Docket No. | 0980 2:18CR00179-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bo Arron Divorne, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of October 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** On March 25, 2019, Mr. Divorne was instructed to report to U.S. Probation and Pretrial Office for the purpose of submitting a urine sample. Mr. Divorne reported as instructed, though suddenly departed the U.S. Probation and Pretrial Office without providing a urine sample, as he stated there was an issue with his vehicle and never returned. Mr. Divorne was instructed to report back to the U.S. Probation and Pretrial Office on March 26, 2019. On March 26, 2019, Mr. Divorne provided a urine sample that tested presumptive positive for morphine, and thereafter admitted to the undersigned, and via a written statement, that he used fentanyl on March 25, 2019, which is a direct violation of standard condition number 9.

On October 10, 2018, the conditions of pretrial release were reviewed with Mr. Divorne. He acknowledged an understanding of his conditions, which included standard condition number 9.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:  March 28, 2019 |
| by | s/Jonathan C. Bot |
|   | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8

**Re: Divorne, Bo Arron**
**March 28, 2019**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 29, 2019
_____
Date