✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 08, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Divorne, Bo Arron | Docket No. | 0980 2:18CR00179-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bo Arron Divorne, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of October 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition #27: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 2:** On April 4, 2019, Mr. Divorne submitted a urine sample that tested presumptive positive for marijuana. Mr. Divorne admitted to the undersigned, and via a written statement, that he last used marijuana on March 18, 2019, a direct violation of standard condition number 9.

On October 10, 2018, the conditions of pretrial release were reviewed with Mr. Divorne. He acknowledged an understanding of his conditions, which included standard condition number 9.

**Violation # 3:**  On April 4, 2019, Mr. Divorne submitted a urine sample that tested presumptive positive for marijuana. Mr. Divorne admitted to the undersigned, via a written statement, that he last used marijuana on March 18, 2019. Mr. Divorne stated that the urinalysis that he provided on March 26, 2019, yielded a negative finding for marijuana as he knowingly took a substance prior to his urinalysis for the purpose of altering the finding for marijuana, which is a direct violation of standard condition number 27.

On October 10, 2018, the conditions of pretrial release were reviewed with Mr. Divorne. He acknowledged an understanding of his conditions, which included standard condition number 27.

PS-8

**Re: Divorne, Bo Arron**
**April 4, 2019**
**Page 2**

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S)
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:     April 5, 2019

by     s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

April 8, 2019

Date