PROB 12C
(6/16)

Report Date:  April 20, 2026

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bo Arron Divorne                     Case Number: 0980 2:18CR00179-TOR-1

Address of Offender: ███████████ , Colville, Washington 99114

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 2, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 5 grams or more of actual pure methamphetamine, 21 U.S.C. § 841 | | |
| Original Sentence: | Prison - 60 months; TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: January 23, 2023 | |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: January 22, 2027 | |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 26, 2026.

On January 27, 2023, Mr. Divorne's conditions of supervision were reviewed with him.  He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged Mr. Divorne has violated his conditions of supervised release by committing the following offenses: Possession of a Controlled Substance with Intent to Deliver, in violation of R.C.W 69.50.401 and Unlawful Possession of a Firearm, in violation of R.C.W 9.41.040, on or around March 26, 2026.

The following is taken from a police report filed with the Spokane County Sheriff's Office, case member 2026-10039626.

On March 26, 2026, deputies with the Spokane County Sheriff's Office were dispatched to an area for a complaint involving unlawful camping. Mr. Divorne and a female subject were contacted.  Mr. Divorne was arrested on his probation warrant.

**Prob12C**
**Re: Divorne, Bo Arron**
**April 20, 2026**
**Page 2**

A deputy observed in plain view a belt loop attachment for a handgun holster sitting on top of a speaker, along with drug paraphernalia throughout the van.  The deputy also observed what appeared to be controlled substances, inside clear glass containers.

A search warrant was executed on the van, which is also registered to Mr. Divorne. Multiple items were seized including approximately 53.8 grams of methamphetamine, 1 gram of powder fentanyl, a bag of psilocybin mushrooms, $9,723 cash, a Kel-Tec 22 caliber pistol bearing serial number WX3437, a FN 9mm semiautomatic pistol bearing serial number GKU0136319 and 45 caliber ammunition.  Both firearms were located with a round in the chamber.

**Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana which remains illegal under federal law.

**Supporting Evidence** It is alleged Mr. Divorne is in violation of his conditions of supervised release for being in possession of approximately 53.8 grams of methamphetamine and approximately 1 gram of fentanyl powder, on or around March 26, 2026

(See narrative in violation number 1)

**Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

**Supporting Evidence**: It alleged Mr. Divorne is in violation of his conditions of supervised release for being in possession of a firearm and ammunition, specifically a Kel-Tec 22 caliber pistol bearing serial number WX3437, FN 9mm semiautomatic pistol bearing serial number GKU0136319, and .45 caliber ammunition, on or around March 26, 2026.

(See narrative in violation number 1)

**Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly interact or communicate with that person without first getting the permission of the probation officer.

It is alleged Mr. Divorne is in violation of his conditions of supervised release by knowingly associating with a convicted felon on or around March 26, 2026.

On March 26, 2026, when contacted by law enforcement, Mr. Divorne was associating with a convicted felon, with prior arrests for unlawful possession of a controlled substance and unlawful possession of a firearm. The undersigned officer did not authorize this association.

Prob12C
**Re: Divorne, Bo Arron**
**April 20, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/20/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 21, 2026

Date